THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS M. RUTHERFURD, Appellant, *v.* PEREZ M. STEWART, as Superintendent of Buildings for the Borough of Manhattan, City of New York, Respondent.

*People ex rel. Rutherfurd* v. *Stewart,* 78 App. Div. 643, affirmed.
(Argued February 10, 1903; decided February 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1903, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of inspector of buildings in the borough of Manhattan.

*A. S. Gilbert* and *Edgar M. Leventritt* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly* and *William B. Crowell* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.

———

PATRICK DOWNS, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Downs* v. *City of New York,* 75 App. Div. 423, affirmed.
(Argued February 10, 1903; decided February 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 11, 1902, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and dismissing the complaint.

*Charles Blandy* and *Thomas W. Burke* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly, Edward J. McGuire* and *Arthur Sweeny* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.